**SAN NICOLAS LAW OFFICE, LLC**
**Joey P. San Nicolas, Esq. (F0342)**
**2nd Floor, ICCI Bldg. (Middle Road)**
**P.O. Box 10,001 PMB 602**
**SAIPAN, MP 96950**
**670-234-7659 (SNLW)**
**sannicolaslaw@gmail.com**

Attorney for Defendant Imperial Pacific Int'l (CNMI), LLC

**IN THE UNITED STATES DISTRIC COURT**
**FOR THE NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| RONGKUN XIAO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC,<br><br>Defendant. | Civil Case No. CV-22-00003<br><br>**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT & DEMAND FOR JURY TRIAL and AFFIRMATIVE DEFENSES** |

COMES NOW, Defendant Imperial Pacific International (CNMI), LLC, by and through its counsel Joey P. San Nicolas, Esq., and hereby answers Plaintiff Rongkun Xiao's Complaint ("Complaint") & Demand for Jury Trial, and states as follows:

## ANSWER

1. The allegations set forth in paragraphs 1 through 4 of the Complaint are admitted.

2. Defendant is without sufficient information to form a belief as to the truth of the allegations contained in paragraphs 5 through 14 of the Complaint, and therefore DENIES the same.

3. The allegations set forth in paragraph 15 of the Complaint are admitted.

4. Defendant is without sufficient information to form a belief as to the truth of the allegations contained in paragraphs 16 through 36 of the Complaint, and therefore DENIES the

same.

5. The allegations set forth in paragraphs 37 through 57 of the Complaint are DENIED.

6. The allegations set forth in paragraph 58 of the Complaint are admitted.

## **AFFIRMATIVE DEFENSES**

1. Plaintiff failed to state a claim upon which relief could be granted.

2. Job-Related Practice.

3. Business Necessity.

4. Merit-based Employment.

5. Seniority-based Employment.

6. Bona Fide Occupational Qualification.

## **PRAYER FOR RELIEF**

WHEREFORE, Defendant Imperial Pacific International (CNMI), LLC request:

1. That Plaintiff's claims be dismissed with prejudice and that Plaintiff take nothing from Defendant Imperial Pacific International (CNMI), LLC thereby;

2. Judgment against the Plaintiff for costs of suit and other fees; and

3. For such other and further relief as the Court may deem proper and/or equitable.

Respectfully submitted this 26th day of April, 2022.

*/s/ Joey P. San Nicolas*
JOEY P. SAN NICOLAS (F0342)
Attorney for Defendant Imperial Pacific
International (CNMI), LLC