F I L E D
 Clerk
 District Court

MAY 27 2022

for the Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| RONGKUN XIAO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>IMPERIAL PACIFIC INTERNATIONAL (CNMI), LLC,<br><br>Defendant. | Civil Case No. 1:22-cv-00003<br><br>**ORDER PERMITTING REMOTE APPEARANCE AT STATUS CONFERENCE** |

Before the Court is Counsel Joey P. San Nicolas's Request to Appear Remotely via Video Conference. (ECF No. 8.) For good cause shown, the Court hereby GRANTS San Nicolas's request. San Nicolas may appear by VTC at the Case Management Conference currently scheduled to take place on May 31, 2022 at 1:30 p.m. and is directed to contact the Clerk's Office for further instructions.

IT IS SO ORDERERD this 27th day May, 2022

_____
RAMONA V. MANGLONA
Chief Judge